AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Norman Perras

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 CV 10691 NMG

TO: (Name and address of Defendant)

Norman Perras
84 Derby Street
Dracut, MA 01826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORN

CLERK

(By) DEPUTY CLERK



DATE APR 07 2005



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 28, 2005

I hereby certify and return that on 4/27/2005 at 5:40PM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE, CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of NORMAN PERRAS, , 84 DERBY Street  Dracut, MA 01826 and by mailing 1st class to the above address on 4/28/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.20), Postage and Handling ($3.00), Travel ($16.24) Total Charges $50.44

*Gerard N Whitman*
―――――――――――――――
Deputy Sheriff

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.