UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachustts I, Inc.** <br>                 **Plaintiff** <br>      V. <br><br> **Norman Perras** <br>                 **Defendant** | **CIVIL ACTION** <br><br> **NO. 05-10691 NMG** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Comcast of Massachusetts I, Inc.** for an order of Default for failure of the Defendant, **Norman Perras,** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __10th__ day of __May 2006__.

                                              SARAH A. THORNTON
                                              CLERK OF COURT

                                      By:   /s/ Elizabeth E. Sonnenberg
                                                   Deputy Clerk

Notice mailed to:
Norman Perras
84 Derby Street
Dracut, MA 01826

(Default Notice.wpd - 3/7/2005)