**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.,** ) | Case No.: 1:05-cv-10691-NMG |
| ) | |
| Plaintiff, ) | **NOTICE OF SATISFACTION OF** |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Norman Perras** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Plaintiff hereby acknowledges complete satisfaction of the Judgment entered on May 11, 2006 in the above action.

                                  Respectfully Submitted for the Plaintiff,
                                  Comcast of Massachusetts I, Inc.
                                  By Its Attorney,


                                  /s/ John M. McLaughlin
                                  John M. McLaughlin
                                  **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                  77 Pleasant Street
                                  P.O. Box 210
                                  Northampton, MA 01061-0210
                                  Telephone: (413) 586-0865
                                  BBO No. 556328

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that I have on this 29th, day of June, 2006, served a copy of the foregoing Satisfaction of Judgment, via first class mail, postage prepaid, to the following:

Norman Perras
84 Derby Street
Dracut, MA 01826

                                             /s/ John M. McLaughlin
                                             John M. McLaughlin